**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

DEBORAH LAUFER,

    Plaintiff,

v.

NARANDA HOTELS, LLC,

    Defendant.
_____

Case No.: 1:20-cv-2136

November 23, 2020

Dear Judge Gallagher:

On behalf of Ms. Laufer, we respectfully request that the motion to dismiss hearing be continued from next week to any time/ date thereafter. Ms. Laufer will be on holiday with her family next week and she has asked that we defer the hearing to the following week so that she can participate.

Respectfully submitted,

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.


THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Tel:  404.276.7277
gillespie.tristan@gmail.com

*Attorneys for Plaintiff*