FILED: July 26, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2348
(1:20-cv-02136-SAG)
_____

DEBORAH LAUFER

      Plaintiff - Appellant

v.

NARANDA HOTELS, LLC, A Maryland Corporation

      Defendant - Appellee

_____

O R D E R
_____

This case is before the court on the parties' joint motion to dismiss the appeal pursuant to Fed. R. App. P. 42(b). The motion for voluntary dismissal was filed following this court's decision vacating and remanding to the district court for further proceedings, *Laufer v. Naranda Hotels, LLC,* 60 F.4th 156 (4th Cir. 2023), and following this court's grant of a joint motion to stay the rehearing period and the issuance of the mandate pending action by the Supreme Court on a petition for

writ of certiorari in *Laufer v. Acheson Hotels, LLC*, 50 F.4th 259 (1st Cir. 2022), *cert. granted*, 143 S. Ct. 1053 (2023) (No. 22-429).

The court grants the parties' joint motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) and issues the mandate to the district court based on that dismissal rather than on its earlier judgment.* The clerk shall transmit a copy of this order to the clerk of the district court.

Entered at the direction of Judge King with the concurrence of Judge Thacker and Judge Harris.

                                            For the Court

                                            /s/ Patricia S. Connor, Clerk

---

* The parties' voluntary dismissal of the appeal leaves the court's decision in *Laufer v. Naranda Hotels, LLC*, 60 F.4th 156 (4th Cir. 2023), undisturbed. *See U.S. Bancorp Mortgage Co. v. Bonner Mall Partnership*, 513 U.S. 18 (1994) (vacatur inappropriate where mootness results from voluntary action).